1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  District of Nevada
   Nevada Bar Number 14853
3  ALLISON REESE
   Nevada Bar Number 13977
4  Assistant United States Attorney
   501 Las Vegas Blvd. South, Suite 1100
5  Las Vegas, Nevada 89101
   Phone: (702) 388-6336
6  Email: allison.reese@usdoj.gov
   *Attorneys for the United States of America*

7

**UNITED STATES DISTRICT COURT**
8  **DISTRICT OF NEVADA**

| | |
|---|---|
| 9   UNITED STATES OF AMERICA, | Case No.: 2:21-mj-00547-BNW |
| 10              Plaintiff, | **STIPULATION TO CONTINUE THE PRELIMINARY EXAMINATION HEARING** |
| 11       vs. | **(*First Request*)** |
| 12   MIGUEL ANGEL MANDUJANO-SANCHEZ, | |
| 13              Defendant. | |
| 14 | |

15

16       IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER

17  CHIOU, United States Attorney, and ALLISON REESE, Assistant United States Attorney,

18  counsel for the United States of America, and RENE L. VALLADARES, Federal Public

19  Defender, and ANDREW WONG, Assistant Federal Public Defender, counsel for Defendant

20  MIGUEL ANGEL MANDUJANO-SANCHEZ, that the preliminary examination hearing in

21  the above-captioned matter, currently scheduled for July 8, 2021, at 2:30 p.m., be vacated and

22  continued for thirty (30) days, to a date and time to be set by this Honorable Court.

23  ///

24  ///

1

This stipulation is entered into for the following reasons:

1.  The Government needs additional time to produce relevant discovery to Defense Counsel.

2.  Defense Counsel needs additional time to review the discovery, conduct additional investigation, and confer with the Defendant about how he would like to proceed.

3.  The parties agree to the continuance.

4.  Defendant MIGUEL ANGEL MANDUJANO-SANCHEZ is not in custody and does not object to the continuance.

5.  Additionally, denial of this request for continuance could result in a miscarriage of justice.

6.  The additional time requested herein is not sought for purposes of delay, but to allow for a potential pre-indictment resolution of the case.

7.  The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

8.  This is the <u>first</u> request for a continuation of the preliminary examination hearing.

DATED:  July 8, 2021

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/  Allison Reese*
_____
ALLISON REESE
Assistant United States Attorney


*/s/ Andrew Wong*
_____
ANDREW WONG
Counsel for Defendant Miguel Angel Mandujano-Sanchez

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-mj-00547-BNW |
| Plaintiff, | **ORDER** |
| vs. | |
| MIGUEL ANGEL MANDUJANO-SANCHEZ, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.      The Government needs additional time to produce relevant discovery to Defense Counsel.

2.      Defense Counsel needs additional time to review the discovery, conduct additional investigation, and confer with the Defendant about how he would like to proceed.

3.      Defendant MIGUEL ANGEL MANDUJANO-SANCHEZ is not in custody and does not object to the continuance.

4.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

5.      The additional time requested herein is not sought for purposes of delay, but to allow for a potential pre-indictment resolution of the case.

6.      The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

7.      This is the <u>first</u> request for a continuation of the preliminary hearing.

1    For all of the above-stated reasons, the ends of justice would best be served by a
2    continuance of the preliminary hearing date.

### CONCLUSIONS OF LAW

4    The ends of justice served by granting said continuance outweigh the best interest of the
5    public and the defendant, since the failure to grant said continuance would be likely to result in
6    a miscarriage of justice, would deny the parties herein to potentially resolve the case prior to
7    indictment, and further would deny the parties sufficient time and the opportunity within which
8    to be able to effectively and thoroughly prepare for the preliminary hearing, taking into account
9    the exercise of due diligence.

10    The continuance sought herein is allowed, with the defendant's consent, pursuant to
11    Federal Rules of Procedure 5.1(d).

### <u>ORDER</u>

13    IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for
14    July 8, 2021, at 2:30 p.m., be vacated and continued to _____August 12_____, 2021, at the hour of
15    2:00 p.m.

16    DATED this __8th__ day of July, 2021.

THE HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

4